
RECEIVED
IN MONROE, LA
AUG 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| OLIVIER YONEL | CIVIL ACTION NO. 06-0100 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERT GONZALES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Petitioner's Motion for Reconsideration [Doc. No. 15] is DENIED. A motion for reconsideration is considered a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) and must be filed within ten (10) business days of the date Judgment was entered. Accordingly, because Judgment was entered on July 5, 2006, Petitioner's motion is untimely. However, his case was dismissed without prejudice, so he may a file another habeas action contesting his continued detention at any time if he deems it appropriate.

Monroe, Louisiana, this the 18 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE